# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-2946

_____

Lawrence A. Azure

*Plaintiff - Appellant*

v.

Candace Kay Stordahl, ICR no. 20001384; Troy Peter Cymbaluk, ICR no.
20001392; Hannah, LNU; Andrew Larson, Executive Director of Polk, Norman,
and Red Lake; Polk County Sheriff's Department

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: May 23, 2023
Filed: May 26, 2023
[Unpublished]

_____

Before COLLOTON, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Lawrence Azure appeals following the district court's[1] dismissal of his civil action for failure to prosecute. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Smith v. Gold Dust Casino, 526 F.3d 402, 404-05 (8th Cir. 2008) (dismissal for failure to prosecute or comply with order reviewed for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny the motion to supplement the record.

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Elizabeth Cowan Wright, United States Magistrate Judge for the District of Minnesota.